RECEIVED
NOV 30 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DONALD RAY JOHNSON, JR., <br> Petitioner | CIVIL ACTION NO. 12-0092 <br> SECTION "P" |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN, LOUISIANA STATE PENITENTIARY, <br> Respondent | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Johnson's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 30th day of November, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE